1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ESCOTO-MENDOZA,<br><br>Defendant. | Case No. 16-cr-789-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE**<br><br>**[ECF No. 27]** |
|---|---|

Pending before the Court is the United States of America's motion to dismiss the information without prejudice. Having reviewed the motion, and good cause appearing, the Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** the information against Daniel Escoto-Mendoza.

**IT IS SO ORDERED.**

**DATED:  June 21, 2016**

Hon. Cynthia Bashant
United States District Judge